01-15-00873-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK



October 8, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:22:28 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE MICHAEL MCSPADDEN
209TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name. JUSTIN T. WILLIAMS

Cause No: 1387899

Court· 209TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause.

**Notice of Appeal Filed Date:** 10/02/15
**Sentence Imposed Date:** 10/02/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TERRI JOHNSTONE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin P O Box 4651 Houston, Texas 77210-4651

Cause No. 1377799

THE STATE OF TEXAS
V.
JUSTIN WILLIAMS , A/K/A/ _____

209 District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk

OCT 0 2 2015

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Time: _____ Harris County Texas

By _____ Deputy

On OCT 2 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

10-2-15
**Date**

JUSTIN WILLIAMS
**Defendant (Printed name)**

_(signature)_
**Attorney (Signature)**

TOMMY MARTIN
**Attorney (Printed name)**

13099500
**State Bar Number**

1201 FRANKLIN, 13
**Address**

713-368-0016
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_Justin Williams_
**Defendant (Signature)**

Justin Williams
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 10-2-2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___10/2/15___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time

☒ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ~~☐ employing counsel or paying for a clerk's and court reporter's record~~

The Court ORDERS that

☒ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

    ☐ _____(attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant

BAIL IS

☐ SET at $ _____

☐ TO CONTINUE as presently set

☒ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED. ___10/6/15___

                            _____

                            JUDGE PRESIDING,
                            ____ DISTRICT COURT /
                            COUNTY CRIMINAL COURT AT LAW NO ___,
                            HARRIS COUNTY, TEXAS

                            *for Judge Flemming*

 

Cause No. 1347-699

THE STATE OF TEXAS

v

TJSTW WILLIAM , Defendant

IN THE 209 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

- [✓] is not a plea-bargain case, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal [or]
- [ ] the defendant has waived the right of appeal

_____
Judge
for Judge Fl, nine bay

_____10/2/2015_____ Time: _____
Date Signed

FILED
Chris Daniel
Clerk

OCT 02 2015

By _____
Harris County, Texas
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant

Mailing Address _____

Telephone number _____

Fax number (if any) _____

_____
Defendant's Counsel

State Bar of Texas ID number 13099500

Mailing Address _____

Telephone number _____

Fax number (if any) _____

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial or (B) after getting the trial court's permission to appeal. TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2)

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1387599

OFFENSE: Agg Sex Assault

THE STATE OF TEXAS

209 DISTRICT COURT

VS.

OF

JUSTIN WILLIAMS

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES JUSTIN WILLIAMS, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

    ☑ Appoint appellate counsel to represent him.

    ☑ Asks the court to order that a free record be provided to him.

<u>Justin Williams</u>
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 5 day of October A.D., 20 15.

DEPUTY DISTRICT CLERK
209 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

10/7/15

On 10/6/15 the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that HCPDO / Dauac Schindler is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: Terri Johnstone & Mary Ann Rodriguez, by certified mail return receipt requested.

JUDGE PRESIDING
209th DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Dauac Schindler, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)

BAR/SPN NUMBER: 24013495 / 0175928

ADDRESS: 1201 Franklin St. 13th floor

CITY: Houston STATE: TX ZIP: 77002

PHONE: 713.274.6717

FAX NUMBER: 713 368 9278

EMAIL ADDRESS: dauac.schindler@pdo.hctx.net

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD 154

Court **209**    12-01-15    Cause No. **1387899**

### The State of Texas
### Vs

_Justin Williams_

**Date Notice Of Appeal:** 10/02/15   10/2/15

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** _Terry Flenniken_

**Court Reporter** _Terri Johnstone_

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** _Ray Martin_

**Attorney on Appeal** _____

Appointed_____ Hired_____

**Offense** _Agg sexual assault_

**Jury Trial**    Yes _X_ No_____

**Punishment Assessed** _99 years TDC, $10,000 fine_

**Companion Cases (If Known)** _1387898 / 1387897_

**Amount of Appeal Bond** _∅_

**Appellant Confined:** Yes _X_ No_____   22/996

**Date Submitted To Appeal Section** OCT 05 2015

**Deputy Clerk** _Opheida Baxter_